**Order entered October 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01412-CV

**WHOA USA, INC., Appellant**

**V.**

**REGAN PROPERTIES, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04211-2011**

## ORDER

We **GRANT** appellant's October 23, 2013 motion for an extension of time to file its requests for the clerk's record and reporter's record. The requests filed with the district clerk and court reporter on October 22, 2013 are deemed timely.

/s/ DAVID LEWIS
JUSTICE